# EXHIBIT A



Kevin Dolan
Office: (267) 930-4861
Fax: (267) 930-4771
Email: kdolan@mullen.law

426 W. Lancaster Avenue, Suite 200
Devon, PA 19333

May 5, 2021

**VIA E-MAIL**

Office of the Attorney General
1125 Washington Street SE
PO Box 40100
Olympia, WA  98504-0100
E-mail: securitybreach@atg.wa.gov

        **Re:**    **Notice of Data Event**

Dear Sir or Madam:

We represent NEC Networks, LLC d/b/a CaptureRx ("CaptureRx") located at 219 East Houston Street, Suite 100 San Antonio, TX 78205, and are writing to notify your office of an incident that may affect the security of some personal information relating to 124,175 Washington residents. This notice will be supplemented with any new significant facts learned subsequent to its submission. CaptureRx is providing this notice on behalf of the entities identified in *Exhibit A*, collectively referred to as the "notifying entities" in this notification.

### Nature of the Data Event

CaptureRx is a specialty pharmacy benefits manager whose services include prescription claims processing, patient assistance program administration, and public health service 340B drug program administration. CaptureRx provides these services for pharmacies and healthcare providers across the United States, including for the above-referenced covered entities.

On February 11, 2021, CaptureRx became aware of unusual activity involving certain of its electronic files. Following this, CaptureRx immediately began an investigation into this activity and worked quickly to assess the security of its systems. On February 19, 2021, the investigation determined that certain files were accessed on February 6, 2021 without authorization. CaptureRx then immediately began a thorough review of the full contents of the subject files to determine what information was present at the time of the incident and the affected individuals and associated entities. On or around March 19, 2021, CaptureRx completed this review to confirm the full scope of affected individuals and associated entities to which the information related, and determined that the subject files contained first name, last name, date of birth, and prescription information for certain patients of healthcare providers for whom CaptureRx provides services.

After confirming the scope of affected individuals and associated covered entities, CaptureRx worked to provide notice to applicable healthcare providers. Between March 30, 2021 and April 7, 2021, CaptureRx

Office of the Washington Attorney General
May 5, 2021
Page 2

began mailing notice of the incident to these healthcare providers. Since then, CaptureRx has been working continuously with healthcare providers, including the notifying entities, to notify the impacted individuals of the incident.

## Notice to Washington Residents

On or about May 5, 2021, CaptureRx began providing written notice of this incident to all affected individuals on behalf of the notifying entities, which includes 124,175 Washington residents. Written notice is being provided in substantially the same form as the letter attached here as ***Exhibit B***. In addition, notice of this incident is posted to the CaptureRx website in substantially the same form as ***Exhibit C***, and a press release was made available to media outlets in Washington in substantially the same form as ***Exhibit D***.

## Other Steps Taken and To Be Taken

Upon discovering the event, CaptureRx moved quickly to investigate and respond to the incident, to assess the security of the information, and to notify appropriate healthcare providers of the incident, including the notifying entities. CaptureRx also notified the Federal Bureau of Investigation. CaptureRx is working with the notifying entities to notify potentially affected individuals. CaptureRx is also working to implement additional safeguards and training to its employees.

Additionally, CaptureRx is providing impacted individuals with guidance on how to protect against identity theft and fraud. CaptureRx is also providing affected individuals with information on how to place a fraud alert and security freeze on one's credit file, the contact details for the national consumer reporting agencies, information on how to obtain a free credit report, a reminder to remain vigilant for incidents of fraud and identity theft by reviewing account statements and monitoring free credit reports, and encouragement to contact the Federal Trade Commission, their state Attorney General, and law enforcement to report attempted or actual identity theft and fraud. In addition to notifying individuals and your Office, CaptureRx will be notifying the United States Department of Health and Human Services.

## Contact Information

Should you have any questions regarding this notification or other aspects of the data security event, please contact us at (267) 930-4861.

Very truly yours,

Kevin Dolan of
MULLEN COUGHLIN LLC

KED/rhb

# EXHIBIT A

Notifying entities

- Rite Aid – 98,964 individuals
- Skajit Valley Hospital – 21,027 individuals
- Unity Care Northwest – 4,241 individuals
- Walmart – 15,685 individuals

# EXHIBIT B



Return Mail Processing Center
P.O. Box 6336
Portland, OR 97228-6336

<<Mail ID>>
<<Name 1>>
<<Name 2>>
<<Address 1>>
<<Address 2>>
<<Address 3>>
<<Address 4>>                                                                                           <<Date>>
<<Address 5>>
<<City>><<State>><<Zip>>
<<Country>>

Re: Notice of Security Incident                                                REF 3# <<CRX ID NUMBER>>

Dear <<Name 1>>:

CaptureRx is a vendor that provides services to certain healthcare providers, including <<Entity Name Long>>. CaptureRx is writing, on behalf of <<Entity Name Short>> to notify you of a recent event at CaptureRx that may affect the privacy of some of your personal information. We are providing you with information about the event, our response to it, and resources available to you to help protect your information, should you feel it appropriate to do so.

**What Happened?** CaptureRx recently became aware of unusual activity involving certain of its electronic files. Following this, CaptureRx immediately began an investigation into this activity and worked quickly to assess the security of its systems. On February 19, 2021, the investigation determined that certain files were accessed and acquired on February 6, 2021 without authorization.

CaptureRx immediately began a thorough review of the full contents of the files to determine whether sensitive information was present at the time of the incident. On or around March 19, 2021, CaptureRx confirmed that some of your information was present in the relevant files. CaptureRx began the process of notifying <<Entity Notification>> of this incident.

**What Information Was Involved?** The investigation determined that, at the time of the incident, the relevant files contained your first name, last name, date of birth, and prescription information. We are providing you this notice to ensure you are aware of this incident.

**What Is CaptureRx Doing?** Data privacy and security are among CaptureRx's highest priorities, and there are extensive measures in place to protect information in CaptureRx's care. Upon learning of this incident, CaptureRx moved quickly to investigate and respond. This investigation and response included confirming the security of CaptureRx's systems, reviewing the contents of the relevant files for sensitive information, and notifying business partners associated with that sensitive information. As part of CaptureRx's ongoing commitment to the security of information, all policies and procedures are being reviewed and enhanced and additional workforce training is being conducted to reduce the likelihood of a similar future event.

**What You Can Do.** We encourage you to remain vigilant against incidents of identity theft and fraud, to review your account statements and explanation of benefits forms, and to monitor your free credit reports for suspicious activity and to detect errors. Please also review the information contained in the attached "Steps You Can Take to Protect Personal Information."

**For More Information.** We recognize that you may have questions not addressed in this letter. If you have additional questions, please call our dedicated assistance line at (855) 654-0919 (toll free), Monday – Friday, 9:00 a.m. to 9:00 p.m., Eastern Time.

Sincerely,
CaptureRx

AD3581 v.02

**STEPS YOU CAN TAKE TO PROTECT PERSONAL INFORMATION**

**Monitor Your Accounts**

We encourage you to remain vigilant against incidents of identity theft and fraud by reviewing your account and monitoring your free credit reports for suspicious activity and to detect errors. Under U.S. law, a consumer is entitled to one free credit report annually from each of the three major credit reporting bureaus, Equifax, Experian, and TransUnion. To order your free credit report, visit www.annualcreditreport.com or call, toll-free, 1-877-322-8228. You may also directly contact the three major credit reporting bureaus listed below to request a free copy of your credit report.

Consumers have the right to place an initial or extended "fraud alert" on a credit file at no cost. An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting seven years. Should you wish to place a fraud alert, please contact any one of the three major credit reporting bureaus listed below.

As an alternative to a fraud alert, consumers have the right to place a "credit freeze" on a credit report, which will prohibit a credit bureau from releasing information in the credit report without the consumer's express authorization. The credit freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a credit freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit. Pursuant to federal law, you cannot be charged to place or lift a credit freeze on your credit report. To request a security freeze, you will need to provide the following information:

1. Full name (including middle initial as well as Jr., Sr., II, III, etc.);
2. Social Security number;
3. Date of birth;
4. Addresses for the prior two to five years;
5. Proof of current address, such as a current utility bill or telephone bill;
6. A legible photocopy of a government-issued identification card (state driver's license or ID card, etc.); and
7. A copy of either the police report, investigative report, or complaint to a law enforcement agency concerning identity theft if you are a victim of identity theft.

Should you wish to place a credit freeze, please contact the three major credit reporting bureaus listed below:

| **Equifax** | **Experian** | **TransUnion** |
|---|---|---|
| https://www.equifax.com/personal/credit-report-services/ | https://www.experian.com/help/ | https://www.transunion.com/credit-help |
| 1-888-298-0045 | 1-888-397-3742 | 1-833-395-6938 |
| Equifax Fraud Alert, P.O. Box 105069, Atlanta, GA 30348-5069 | Experian Fraud Alert, P.O. Box 9554, Allen, TX 75013 | TransUnion Fraud Alert, P.O. Box 2000, Chester, PA 19016 |
| Equifax Credit Freeze, P.O. Box 105788, Atlanta, GA 30348-5788 | Experian Credit Freeze, P.O. Box 9554, Allen, TX 75013 | TransUnion Credit Freeze, P.O. Box 160, Woodlyn, PA 19094 |

**Additional Information**

You may further educate yourself regarding identity theft, fraud alerts, credit freezes, and the steps you can take to protect your personal information by contacting the consumer reporting bureaus, the Federal Trade Commission, or your state Attorney General. The Federal Trade Commission may be reached at: 600 Pennsylvania Avenue, NW, Washington, DC 20580; www.identitytheft.gov; 1-877-ID-THEFT (1-877-438-4338); and TTY: 1-866-653-4261. The Federal Trade Commission also encourages those who discover that their information has been misused to file a complaint with them. You can obtain further information on how to file such a complaint by way of the contact information listed above. You have the right to file a police report if you ever experience identity theft or fraud. Please note that in order to file a report with law enforcement for identity theft, you will likely need to provide some proof that you have been a victim. Instances of known or suspected identity theft should also be reported to law enforcement and your state Attorney General. This notice has not been delayed by law enforcement.



Return Mail Processing Center
P.O. Box 6336
Portland, OR 97228-6336

<<Mail ID>>
Next of Kin of
<<Name 1>>
<<Name 2>>
<<Address 1>>
<<Address 2>>
<<Address 3>>
<<Address 4>>                                                                                                    <<Date>>
<<Address 5>>
<<City>><<State>><<Zip>>
<<Country>>

Re: Notice of Security Incident                                                   REF 3# <<CRX ID NUMBER>>

Dear Next of Kin of <<Name 1>>:

CaptureRx is a vendor that provides services to certain healthcare providers, including <<Entity Name Long>>. CaptureRx is writing, on behalf of <<Entity Name Short>> to notify you of a recent event at CaptureRx that may affect the privacy of some of your deceased loved one's personal information. We are providing you with information about the event, our response to it, and resources available to you to help protect your loved one's information, should you feel it appropriate to do so.

**What Happened?** CaptureRx recently became aware of unusual activity involving certain of its electronic files. Following this, CaptureRx immediately began an investigation into this activity and worked quickly to assess the security of its systems. On February 19, 2021, the investigation determined that certain files were accessed and acquired on February 6, 2021 without authorization.

CaptureRx immediately began a thorough review of the full contents of the files to determine whether sensitive information was present at the time of the incident. On or around March 19, 2021, CaptureRx confirmed that some of your loved one's information was present in the relevant files. CaptureRx began the process of notifying <<Entity Notification>> of this incident.

**What Information Was Involved?** The investigation determined that, at the time of the incident, the relevant files contained your loved one's first name, last name, date of birth, and prescription information. We are providing you this notice to ensure you are aware of this incident.

**What Is CaptureRx Doing?** Data privacy and security are among CaptureRx's highest priorities, and there are extensive measures in place to protect information in CaptureRx's care. Upon learning of this incident, CaptureRx moved quickly to investigate and respond. This investigation and response included confirming the security of CaptureRx's systems, reviewing the contents of the relevant files for sensitive information, and notifying business partners associated with that sensitive information. As part of CaptureRx's ongoing commitment to the security of information, all policies and procedures are being reviewed and enhanced and additional workforce training is being conducted to reduce the likelihood of a similar future event.

**What You Can Do.** We encourage you to remain vigilant against incidents of identity theft and fraud, to review account statements and explanation of benefits forms, and to monitor free credit reports for suspicious activity and to detect errors. Please also review the information contained in the attached "Steps You Can Take to Protect Personal Information."

**For More Information.** We recognize that you may have questions not addressed in this letter. If you have additional questions, please call our dedicated assistance line at (855) 654-0919 (toll free), Monday – Friday, 9:00 a.m. to 9:00 p.m., Eastern Time.

Sincerely,
CaptureRx

AD3551 v.02

**STEPS YOU CAN TAKE TO PROTECT PERSONAL INFORMATION**

**Monitor Accounts**

To further protect against possible identity theft or other financial loss, we encourage you to remain vigilant, to review your loved one's account statements, and to monitor his or her credit reports for suspicious activity. Under U.S. law, you are entitled to one free credit report annually from each of the three major credit bureaus. To order your free credit report, visit www.annualcreditreport.com or call, toll-free, 1-877-322-8228. You may also contact the three major credit bureaus directly to request a free copy of your credit report.

We recommend contacting the three credit reporting agencies listed below to discuss your particular situation and obtain specific guidance. Once you establish a relationship with the credit reporting agency and verify your authorization to make a request on behalf of your loved one, you can request a copy of your loved one's credit report. A review of the credit report will let you know of any active credit accounts that still need to be closed or any pending collection notices. Be sure to ask for all contact information on accounts currently open in your loved one's name (credit granters, collection agencies, etc.) so that you can follow through with these entities.

Contact information for the three consumer reporting agencies is listed below:

| **Equifax** | **Experian** | **TransUnion** |
| --- | --- | --- |
| https://www.equifax.com/personal/credit-report-services/ | https://www.experian.com/help/ | https://www.transunion.com/credit-help |
| 1-888-298-0045 | 1-888-397-3742 | 1-833-395-6938 |
| Equifax Fraud Alert, P.O. Box 105069, Atlanta, GA 30348-5069 | Experian Fraud Alert, P.O. Box 9554, Allen, TX 75013 | TransUnion Fraud Alert, P.O. Box 2000, Chester, PA 19016 |
| Equifax Credit Freeze, P.O. Box 105788, Atlanta, GA 30348-5788 | Experian Credit Freeze, P.O. Box 9554, Allen, TX 75013 | TransUnion Credit Freeze, P.O. Box 160, Woodlyn, PA 19094 |

You can also request, in writing, that the report list the following alert:

"**Deceased. Do not issue credit. If an application is made for credit, notify the following person(s) immediately:** (list yourself, and/or another authorized relative, and/or executor/trustee of the estate—noting the relationship of any individual listed to your family member—and/or a law enforcement agency)."

In most cases, this flag will prevent the opening of new credit accounts in your loved one's name. You can also contact the IRS at www.irs.gov/Individuals/Identity-Protection or https://www.irs.gov/uac/Taxpayer-Guide-to-Identity-Theft for helpful information and guidance on steps you can take to prevent a fraudulent tax return from being filed in your loved one's name and what to do if your loved one's identity becomes subject to such fraud.

**Additional Information**

You can further educate yourself regarding identity theft, fraud alerts and security freezes, and the steps you can take to protect your loved one, by contacting the Federal Trade Commission or your state Attorney General. The Federal Trade Commission can be reached at: 600 Pennsylvania Avenue, NW, Washington, DC 20580; www.identitytheft.gov; 1-877-ID-THEFT (1-877-438-4338); and TTY: 1-866-653-4261. The Federal Trade Commission also encourages those who discover that their information has been misused to file a complaint with them. You have the right to file a police report if you ever experience identity theft or fraud. Please note that in order to file a crime report or incident report with law enforcement for identity theft, you will likely need to provide some kind of proof that you have been a victim. Instances of known or suspected identity theft should also be reported to law enforcement. This notice has not been delayed by law enforcement.



Return Mail Processing Center
P.O. Box 6336
Portland, OR 97228-6336


<<Mail ID>>
Parent or Guardian of
<<Name 1>>
<<Name 2>>
<<Address 1>>
<<Address 2>>
<<Address 3>>
<<Address 4>>                                                                                                          <<Date>>
<<Address 5>>
<<City>><<State>><<Zip>>
<<Country>>


Re: Notice of Security Incident                                                              REF 3# <<CRX ID NUMBER>>

Dear Parent or Guardian of <<Name 1>>:

CaptureRx is a vendor that provides services to certain healthcare providers, including <<Entity Name Long>>. CaptureRx is writing, on behalf of <<Entity Name Short>> to notify you of a recent event at CaptureRx that may affect the privacy of some of your minor child's personal information. We are providing you with information about the event, our response to it, and resources available to you to help protect your minor's information, should you feel it appropriate to do so.

**What Happened?** CaptureRx recently became aware of unusual activity involving certain of its electronic files. Following this, CaptureRx immediately began an investigation into this activity and worked quickly to assess the security of its systems. On February 19, 2021, the investigation determined that certain files were accessed and acquired on February 6, 2021 without authorization.

CaptureRx immediately began a thorough review of the full contents of the files to determine whether sensitive information was present at the time of the incident. On or around March 19, 2021, CaptureRx confirmed that some of your minor's information was present in the relevant files. CaptureRx began the process of notifying <<Entity Notification>> of this incident.

**What Information Was Involved?** The investigation determined that, at the time of the incident, the relevant files contained your minor's first name, last name, date of birth, and prescription information. We are providing you this notice to ensure you are aware of this incident.

**What Is CaptureRx Doing?** Data privacy and security are among CaptureRx's highest priorities, and there are extensive measures in place to protect information in CaptureRx's care. Upon learning of this incident, CaptureRx moved quickly to investigate and respond. This investigation and response included confirming the security of CaptureRx's systems, reviewing the contents of the relevant files for sensitive information, and notifying business partners associated with that sensitive information. As part of CaptureRx's ongoing commitment to the security of information, all policies and procedures are being reviewed and enhanced and additional workforce training is being conducted to reduce the likelihood of a similar future event.

**What You Can Do.** We encourage you to remain vigilant against incidents of identity theft and fraud, to review account statements and explanation of benefits forms, and to monitor free credit reports for suspicious activity and to detect errors. Please also review the information contained in the attached "Steps You Can Take to Protect Personal Information."

**For More Information.** We recognize that you may have questions not addressed in this letter. If you have additional questions, please call our dedicated assistance line at (855) 654-0919 (toll free), Monday – Friday, 9:00 a.m. to 9:00 p.m., Eastern Time.

Sincerely,
CaptureRx


AD3571 v.02

**STEPS YOU CAN TAKE TO PROTECT PERSONAL INFORMATION**

**Monitor Accounts**

Typically, a minor under the age of eighteen does not have credit in his or her name, and the consumer reporting agencies do not have a credit report in a minor's name.  To find out if your minor has a credit report or to request a manual search for your minor's Social Security number each credit bureau has its own process.  Consumers with a credit report may obtain one free report annually from each of the three major credit reporting bureaus, Equifax, Experian, and TransUnion. To order a free credit report, visit www.annualcreditreport.com or call, toll-free, 1-877-322-8228.  You may also directly contact the three major credit reporting bureaus listed below to request a free copy of your or your minor's credit report.

Consumers have the right to place an initial or extended "fraud alert" on a credit file at no cost.  An initial fraud alert is a 1-year alert that is placed on a consumer's credit file.  Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit.  If you or your minor are a victim of identity theft, you or your minor are entitled to an extended fraud alert, which is a fraud alert lasting seven years.  Should you wish to place a fraud alert, please contact any one of the three major credit reporting bureaus listed below.

As an alternative to a security freeze, individuals with established credit have the right to place an initial or extended "fraud alert" on a credit file at no cost.  An initial fraud alert is a 1-year alert that is placed on a consumer's credit file.  Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit.  If the minor is a victim of identity theft, he/she is entitled to an extended fraud alert, which is a fraud alert lasting seven years.  Should you wish to place a fraud alert, please contact any one of the agencies listed below.  To request a security freeze, you will need to provide the following information:

1. Full name (including middle initial as well as Jr., Sr., II, III, etc.);
2. Social Security number;
3. Date of birth;
4. Addresses for the prior two to five years;
5. Proof of current address, such as a current utility bill or telephone bill;
6. A legible photocopy of a government-issued identification card (state driver's license or ID card, etc.); and
7. A copy of either the police report, investigative report, or complaint to a law enforcement agency concerning identity theft if your minor is a victim of identity theft.

Should you wish to place a fraud alert or credit freeze, please contact the three major credit reporting bureaus listed below:

| **Equifax** | **Experian** | **TransUnion** |
| --- | --- | --- |
| https://www.equifax.com/personal/credit-report-services/ | https://www.experian.com/help/ | https://www.transunion.com/credit-help |
| 1-888-298-0045 | 1-888-397-3742 | 1-833-395-6938 |
| Equifax Fraud Alert, P.O. Box 105069, Atlanta, GA 30348-5069 | Experian Fraud Alert, P.O. Box 9554, Allen, TX 75013 | TransUnion Fraud Alert, P.O. Box 2000, Chester, PA 19016 |
| Equifax Credit Freeze, P.O. Box 105788, Atlanta, GA 30348-5788 | Experian Credit Freeze, P.O. Box 9554, Allen, TX 75013 | TransUnion Credit Freeze, P.O. Box 160, Woodlyn, PA 19094 |

**Additional Information**

You may further educate yourself regarding identity theft, fraud alerts, credit freezes, and the steps you can take to protect personal information by contacting the consumer reporting bureaus, the Federal Trade Commission, or your state Attorney General.  The Federal Trade Commission may be reached at: 600 Pennsylvania Avenue, NW, Washington, DC 20580; www.identitytheft.gov; 1-877-ID-THEFT (1-877-438-4338); and TTY: 1-866-653-4261.  The Federal Trade Commission also encourages those who discover that their information has been misused to file a complaint with them.  You can obtain further information on how to file such a complaint by way of the contact information listed above.  You have the right to file a police report if you ever experience identity theft or fraud.  Please note that in order to file a report with law enforcement for identity theft, you will likely need to provide some proof that you have been a victim.  Instances of known or suspected identity theft should also be reported to law enforcement and your state Attorney General.  This notice has not been delayed by law enforcement.

# EXHIBIT C

## CaptureRx – Notice of Data Incident
## May 5, 2021

CaptureRx is a vendor for certain healthcare providers and is providing notice of a recent event at CaptureRx that may affect the privacy of certain data CaptureRx received from these healthcare providers. This notification provides information about the event, CaptureRx's response to it, and resources available to individuals to help protect their information, should they feel it necessary to do so.  CaptureRx is providing this notice on behalf of multiple healthcare providers, and a full list can be found here.

**What Happened?** CaptureRx recently became aware of unusual activity involving certain of its electronic files. Following this, CaptureRx immediately began an investigation into this activity and worked quickly to assess the security of its systems. On February 19, 2021, the investigation determined that certain files were accessed and acquired on February 6, 2021 without authorization.

CaptureRx then immediately began a thorough review of the full contents of the files to determine whether sensitive information was present at the time of the incident. On or around March 19, 2021, CaptureRx completed this review to confirm the full scope of affected individuals and associated covered entities to which the information related.  Between March 30, 2021 and April 7, 2021 CaptureRx began the process of notifying healthcare providers of this incident.  Since then, CaptureRx has worked with healthcare providers to notify the affected individuals whose information was identified by the review.

**What Information Was Involved?** The investigation determined that, at the time of the incident, the relevant files contained first name, last name, date of birth, and prescription information.

**What Is CaptureRx Doing?** Data privacy and security are among CaptureRx's highest priorities, and there are extensive measures in place to protect information in CaptureRx's care. Upon learning of this incident, CaptureRx moved quickly to investigate and respond. This investigation and response included confirming the security of CaptureRx's systems, reviewing the contents of the relevant files for sensitive information, and notifying covered entities associated with that sensitive information. As part of CaptureRx's ongoing commitment to the security of information, all policies and procedures are being reviewed and enhanced and additional workforce training is being conducted to reduce the likelihood of a similar future event. CaptureRx is also working with healthcare providers to notify individuals whose information was contained in the subject files as well as notifying appropriate regulatory authorities.

**What You Can Do.** CaptureRx encourages individuals to remain vigilant against incidents of identity theft and fraud, to review account statements and explanation of benefits forms, and to monitor free credit reports for suspicious activity and to detect errors. Additional steps individuals can take is provided in the below "Steps You Can Take to Protect Personal Information."

**For More Information.** CaptureRx has established a dedicated assistance line at (855) 654-0919 (toll free), Monday – Friday, 9:00 a.m. to 9:00 p.m., Eastern Time for any questions individuals have.

## Steps You Can Take To Protect Personal Information

### Monitor Your Accounts

Under U.S. law, a consumer is entitled to one free credit report annually from each of the three major credit reporting bureaus, Equifax, Experian, and TransUnion. To order your free credit report, visit www.annualcreditreport.com or call, toll-free, 1-877-322-8228.  You may also directly contact the three major credit reporting bureaus listed below to request a free copy of your credit report.

Consumers have the right to place an initial or extended "fraud alert" on a credit file at no cost. An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting seven years. Should you wish to place a fraud alert, please contact any one of the three major credit reporting bureaus listed below.

As an alternative to a fraud alert, consumers have the right to place a "credit freeze" on a credit report, which will prohibit a credit bureau from releasing information in the credit report without the consumer's express authorization. The credit freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a credit freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit. Pursuant to federal law, you cannot be charged to place or lift a credit freeze on your credit report. To request a security freeze, you will need to provide the following information:

1. Full name (including middle initial as well as Jr., Sr., II, III, etc.);
2. Social Security number;
3. Date of birth;
4. Addresses for the prior two to five years;
5. Proof of current address, such as a current utility bill or telephone bill;
6. A legible photocopy of a government-issued identification card (state driver's license or ID card, military identification, etc.); and
7. A copy of either the police report, investigative report, or complaint to a law enforcement agency concerning identity theft if you are a victim of identity theft.

Should you wish to place a credit freeze, please contact the three major credit reporting bureaus listed below:

| **Equifax** | **Experian** | **TransUnion** |
| --- | --- | --- |
| https://www.equifax.com/personal/credit-report-services/ | https://www.experian.com/help/ | https://www.transunion.com/credit-help |
| 1-888-298-0045 | 1-888-397-3742 | 1-833-395-6938 |
| Equifax Fraud Alert, P.O. Box 105069 Atlanta, GA 30348-5069 | Experian Fraud Alert, P.O. Box 9554, Allen, TX 75013 | TransUnion Fraud Alert, P.O. Box 2000, Chester, PA 19016 |
| Equifax Credit Freeze, P.O. Box 105788 Atlanta, GA 30348-5788 | Experian Credit Freeze, P.O. Box 9554, Allen, TX 75013 | TransUnion Credit Freeze, P.O. Box 160, Woodlyn, PA 19094 |

**Additional Information**

You may further educate yourself regarding identity theft, fraud alerts, credit freezes, and the steps you can take to protect your personal information by contacting the consumer reporting bureaus, the Federal Trade Commission, or your state Attorney General. The Federal Trade Commission may be reached at: 600 Pennsylvania Avenue NW, Washington, DC 20580; www.identitytheft.gov; 1-877-ID-THEFT (1-877-438-4338); and TTY: 1-866-653-4261. The Federal Trade Commission also encourages those who discover that their information has been misused to file a complaint with them. You can obtain further information on how to file such a complaint by way of the contact information listed above. You have the right to file a police report if you ever experience identity theft or fraud. Please note that in order to file a report with law enforcement for identity theft, you will likely need to provide some proof that you have been a victim.

Instances of known or suspected identity theft should also be reported to law enforcement and your state Attorney General.  This notice has not been delayed by law enforcement.

# EXHIBIT D

## CaptureRx – Notice of Data Incident

**San Antonio, TX (May 5, 2021)** - CaptureRx is a vendor for certain healthcare providers and is providing notice of a recent event at CaptureRx that may affect the privacy of certain data CaptureRx received from these healthcare providers. This notification provides information about the event, CaptureRx's response to it, and resources available to individuals to help protect their information, should they feel it necessary to do so.

**What Happened?** CaptureRx recently became aware of unusual activity involving certain of its electronic files. Following this, CaptureRx immediately began an investigation into this activity and worked quickly to assess the security of its systems. On February 19, 2021, the investigation determined that certain files were accessed and acquired on February 6, 2021 without authorization.

CaptureRx then immediately began a thorough review of the full contents of the files to determine whether sensitive information was present at the time of the incident. On or around March 19, 2021, CaptureRx completed this review to confirm the full scope of affected individuals and associated covered entities to which the information related. Between March 30, 2021 and April 7, 2021 CaptureRx began the process of notifying healthcare providers of this incident. Since then, CaptureRx has worked with healthcare providers to notify the affected individuals whose information was identified by the review.

**What Information Was Involved?** The investigation determined that, at the time of the incident, the relevant files contained first name, last name, date of birth, and prescription information.

**What Is CaptureRx Doing?** Data privacy and security are among CaptureRx's highest priorities, and there are extensive measures in place to protect information in CaptureRx's care. Upon learning of this incident, CaptureRx moved quickly to investigate and respond. This investigation and response included confirming the security of CaptureRx's systems, reviewing the contents of the relevant files for sensitive information, and notifying covered entities associated with that sensitive information. As part of CaptureRx's ongoing commitment to the security of information, all policies and procedures are being reviewed and enhanced and additional workforce training is being conducted to reduce the likelihood of a similar future event. CaptureRx is also working with healthcare providers to notify individuals whose information was contained in the subject files as well as appropriate regulatory authorities.

**What You Can Do.** CaptureRx encourages individuals to remain vigilant against incidents of identity theft and fraud, to review account statements and explanation of benefits forms, and to monitor free credit reports for suspicious activity and to detect errors. Additional steps individuals can take is provided in the below "Steps You Can Take to Protect Personal Information."

**For More Information.** CaptureRx has established a dedicated assistance line at (855) 654-0919 (toll free), Monday – Friday, 9:00 a.m. to 9:00 p.m., Eastern Time for any questions individuals have.

## Steps You Can Take To Protect Personal Information

### Monitor Your Accounts

Under U.S. law, a consumer is entitled to one free credit report annually from each of the three major credit reporting bureaus, Equifax, Experian, and TransUnion. To order your free credit report, visit www.annualcreditreport.com or call, toll-free, 1-877-322-8228. You may also directly contact the three major credit reporting bureaus listed below to request a free copy of your credit report.

Consumers have the right to place an initial or extended "fraud alert" on a credit file at no cost. An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting seven years. Should you wish to place a fraud alert, please contact any one of the three major credit reporting bureaus listed below.

As an alternative to a fraud alert, consumers have the right to place a "credit freeze" on a credit report, which will prohibit a credit bureau from releasing information in the credit report without the consumer's express authorization. The credit freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a credit freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit. Pursuant to federal law, you cannot be charged to place or lift a credit freeze on your credit report. To request a security freeze, you will need to provide the following information:

1. Full name (including middle initial as well as Jr., Sr., II, III, etc.);
2. Social Security number;
3. Date of birth;
4. Addresses for the prior two to five years;
5. Proof of current address, such as a current utility bill or telephone bill;
6. A legible photocopy of a government-issued identification card (state driver's license or ID card, military identification, etc.); and
7. A copy of either the police report, investigative report, or complaint to a law enforcement agency concerning identity theft if you are a victim of identity theft.

Should you wish to place a credit freeze, please contact the three major credit reporting bureaus listed below:

| **Equifax** | **Experian** | **TransUnion** |
|---|---|---|
| https://www.equifax.com/personal/credit-report-services/ | https://www.experian.com/help/ | https://www.transunion.com/credit-help |
| 1-888-298-0045 | 1-888-397-3742 | 1-833-395-6938 |
| Equifax Fraud Alert, P.O. Box 105069 Atlanta, GA 30348-5069 | Experian Fraud Alert, P.O. Box 9554, Allen, TX 75013 | TransUnion Fraud Alert, P.O. Box 2000, Chester, PA 19016 |
| Equifax Credit Freeze, P.O. Box 105788 Atlanta, GA 30348-5788 | Experian Credit Freeze, P.O. Box 9554, Allen, TX 75013 | TransUnion Credit Freeze, P.O. Box 160, Woodlyn, PA 19094 |

**Additional Information**

You may further educate yourself regarding identity theft, fraud alerts, credit freezes, and the steps you can take to protect your personal information by contacting the consumer reporting bureaus, the Federal Trade Commission, or your state Attorney General. The Federal Trade Commission may be reached at: 600 Pennsylvania Avenue NW, Washington, DC 20580; www.identitytheft.gov; 1-877-ID-THEFT (1-877-438-4338); and TTY: 1-866-653-4261. The Federal Trade Commission also encourages those who discover that their information has been misused to file a complaint with them. You can obtain further information on how to file such a complaint by way of the contact information listed above. You have the right to file a police report if you ever experience identity theft or fraud. Please note that in order to file a report with law enforcement for identity theft, you will likely need to provide some proof that you have been a victim.

Instances of known or suspected identity theft should also be reported to law enforcement and your state Attorney General. This notice has not been delayed by law enforcement.