**F I L E D**

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

SEP **1 3** 2021

CLERK, U.S. DISTRICT COURT,
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | | |
|---|---|---|
| *IN RE: CAPTURERX DATA BREACH LIT-*<br>*IGATION* | § §<br>§ | Civil No. SA-21-CV-00523-OLG<br>(Lead Case) |
| | § §<br>§ | Civil No. SA-21-CV-00536-OLG<br>(Member Case) |
| | § §<br>§ | Civil No. SA-21-CV-00692-OLG<br>(Member Case) |
| This Document Relates To: | § §<br>§ | No. SA-21-CV-00536-OLG ("Vereen") |

## O R D E R

On this day, the Court considered the status of Case No. 5:21-cv-536 (the *"Vereen"* Case)

in the consolidated action, *In re: CaptureRX Data Breach Litigation*, Master File No. 5:21-cv-523

(the "Consolidated Action"). In the order consolidating the cases, the Court directed that all papers

filed in the Consolidated Action be filed under the Lead Case, No. 5:21-cv-523. *See* Consolidated

Action, Dkt. No. 13. Accordingly, the Court hereby administratively closes the *Vereen* Case,

which shall continue to be adjudicated under the Lead Case file.

The Clerk of the Court is **ORDERED** to administratively close the *Vereen* Case upon entry

of this Order.

It is so **ORDERED**.

**SIGNED** this ____ day of September, 2021.

_____
ORLANDO L. GARCIA
Chief United States District Judge